

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00239-CV

_____

JEFFREY POLK KILLIAN, Appellant

V.

ANGELA NICOLE KILLIAN, Appellee

On Appeal from the 16th District Court
Denton County, Texas
Trial Court No. 16-04048-16

Before Sudderth, C.J.; Walker and Meier, JJ.
Opinion by Chief Justice Sudderth

## MEMORANDUM OPINION

After Appellant Jeffrey Polk Killian filed a notice of appeal on July 27, 2018, we notified him of our concern that we lacked jurisdiction over the appeal because the trial court clerk had informed us that the trial judge had not yet signed an appealable order or a final judgment, making the notice of appeal premature. *See* Tex. R. App. P. 26.1(a) (setting deadline to file notice of appeal "after the judgment is signed"), 27.1(a) (providing that in a civil case, a prematurely filed notice of appeal is effective and deemed filed on the day of, but after, the event that begins the period for perfecting the appeal).

We gave the parties until August 16, 2018, to furnish this court with a signed copy of an appealable order and warned that we would dismiss the appeal for want of jurisdiction if no order was signed and furnished to us by that date. *See* Tex. R. App. P. 42.3(a) (providing for involuntary dismissal for want of jurisdiction). Because neither party has furnished us with said order, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f) (providing for dismissal of appeal).

/s/ Bonnie Sudderth

Bonnie Sudderth
Chief Justice

Delivered: September 27, 2018

2